# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2018

158592 & (3)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* ANONYMOUS JUDGE

SC: 158592
RFI No. 2017-22845

BEFORE THE JUDICIAL TENURE COMMISSION

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The petition for interim suspension is considered, and it is GRANTED. The Honorable Catherine B. Steenland, Judge of the 39th District Court, is suspended with pay until further order of this Court. In order to expedite the resolution of this matter, should the Judicial Tenure Commission issue a 28-day letter and a formal complaint, we ORDER the Commission and the Master to coordinate their schedules to ensure that the JTC decision and recommendation of action, if any, will be submitted to this Court within nine months of the date of this order. See MCR 9.207(F) and MCR 9.219(A). We also ORDER the JTC to redact all Social Security numbers from its Attachments, which at this time have been filed under seal. In addition, so as to preserve the confidentiality required by MCR 9.219(A)(2) and MCR 9.221(A), with the exception of this order, the Supreme Court file is suppressed and shall remain confidential until further order of this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018



Clerk

s1211